UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN YELLOWCALF,<br><br>               Plaintiff,<br><br>    v.<br><br>SKAGIT COUNTY SHERIFF'S OFFICE; SKAGIT COUNTY COMMUNITY JUSTICE CENTER; and OFFICE OF THE SKAGIT COUNTY CLERK,<br><br>               Defendant. | CASE NO. 2:24-cv-00353-TL-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    This case is dismissed without prejudice because Plaintiff has failed to prosecute this case and has failed to state a claim upon which relief can be granted.

(3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 16th day of July, 2024.

Tana Lin
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1